**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Helmy Saad Abd Elsamad<br>Debtor(s) | BK NO. 25-03019 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                  Respectfully submitted,

                  /s/ Matthew Fissel
                  Matthew Fissel
                  27 Oct 2025, 16:07:36, EDT

                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  215-627-1322