UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| AHMED HELMY SAAD ABD ELSAMAD, : | |
| Debtor : | CHAPTER 13 |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
| Movant : | CASE NO. 1-25-BK-03019-HWV |
| : | |
| AHMED HELMY SAAD ABD ELSAMAD, : | |
| Respondent : | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 5th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

    a. Residential real estate. Trustee requests proof of the value of the Debtor(s) home as stated in his/her schedules.

2. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. Debtor is unable to make payments under the Plan, contrary to § 1325(a)(6).

3. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

    a. Debtor(s) has not provided to Trustee pay stubs for new job.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s)' Plan.
b. Dismiss or convert Debtor(s)' case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
Attorney for Trustee

2

Case 1:25-bk-03019-HWV    Doc 15    Filed 12/05/25    Entered 12/05/25 06:39:21    Desc
Main Document    Page 2 of 3

# CERTIFICATE OF SERVICE

       AND NOW, this 5th day of December 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KARA K GENDRON  
MOTT & GENDRON LAW  
125 STATE STREET  
HARRISBURG, PA 17101-

       /s/Ashley Schott  
       Office of Jack N. Zaharopoulos  
       Standing Chapter 13 Trustee