United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-03019-HWV |
| Ahmed Helmy Saad Abd Elsamad | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 05, 2025     Form ID: ntcnfhrg     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ahmed Helmy Saad Abd Elsamad, 428 E Main Street, Hummelstown, PA 17036-1811 |
| 5752308 | + | Borough of Hummelstown, 261 Quarry Road, Hummelstown, PA 17036-2433 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5752306 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2025 18:53:21 | AMERICAN FIRST FINANCE, ATTN: BANKRUPTCY, PO BOX 565848, DALLAS, TX 75356-5848 |
| 5752307 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 05 2025 18:44:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, P.O.BOX 15019, WILMINGTON, DE 19886 |
| 5752309 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2025 18:53:16 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5752310 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2025 18:53:30 | CITI CARD/BEST BUY, ATTN: CITICORP CR SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5752311 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 05 2025 18:45:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5752312 | | Email/Text: mrdiscen@discover.com | Dec 05 2025 18:45:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5752313 | + | Email/Text: dplbk@discover.com | Dec 05 2025 18:45:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 5764711 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2025 18:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5752314 | | Email/Text: camanagement@mtb.com | Dec 05 2025 18:45:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5752315 | + | Email/Text: Unger@Members1st.org | Dec 05 2025 18:45:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 8893, CAMO HILL, PA 17001-8893 |
| 5752316 | + | Email/Text: Unger@Members1st.org | Dec 05 2025 18:45:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5752317 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2025 18:53:27 | SYNCB/AT HOME CC, ATTN: BANKRUPTCY DEPT, PO BOX 965065, ORLANDO, FL 32896-5065 |
| 5752318 | + | Email/Text: synovusbankruptcy@synovus.com | Dec 05 2025 18:45:00 | SYNOVUS BANK, ATTN: BANKRUPTY DEPARTMENT, P.O.BOX 120, COLUMBUS, GA 31902-0120 |
| 5752576 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

|   |   |
|---|---|
| Dec 05 2025 18:53:12 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2025　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Ahmed Helmy Saad Abd Elsamad DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ahmed Helmy Saad Abd Elsamad,   Chapter    13

**Debtor 1**

Case No.    1:25−bk−03019−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 7, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: January 14, 2026  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 5, 2025 |

ntcnfhrg (08/21)