IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| AHMED HELMY SAAD ABD ELSAMAD, | : | CASE NO. 1:25-bk-03019 |
|     Debtor | : | |
| | : | |
| AHMED HELMY SAAD ABD ELSAMAD, | : | |
|     Movant | : | |
| v. | : | |
| SYNCHRONY BANK, | : | OBJECTION TO CLAIM # 8 |
|     Respondent/Claimant | : | |

## OBJECTION TO PROOF OF CLAIM #8

COMES NOW the Debtor, by and through attorney Dorothy L. Mott, Esquire and makes this Objection to Creditor's claim filed in the above–captioned bankruptcy proceeding, stating in support there of as follows:

    1. The Debtor filed a Chapter 13 bankruptcy proceeding on 10/22/2025.

    2. The Respondent, SYNCHRONY BANK, filed an unsecured claim on or about December 26, 2025 in the amount of $7,831.97.

    3. Federal Rule of Bankruptcy Procedure 3001(c) requires that 'when a claim, or an interest in property of the debtor securing the claim, is based on a writing, the original or a duplicate shall be filed with the proof of claim. If the writing has been lost or damaged, a statement of the circumstances of the loss or destruction shall be filed with the claim.'

    4. The creditor's claim is based on a writing, and the documents, if any, attached to the proof of claim do not include the original or a copy of such writing, or a statement of the circumstances of the loss or destruction, if any, of the writing.

    5. Rule 3001(c)(2)(A) requires an itemized statement showing all applicable interest, fees, expenses, and/or charges be filed with the proof of claim.

    6. Without the required documentation attached to the claim, Debtor's counsel cannot ascertain whether the claim amount is correct and which state's statue of limitations applies.

7. If the applicable statute of limitations is Pennsylvania, then the Respondent's claim is beyond the statute of limitations for collection.

8. The Debtor believes that the claim is beyond the statute of limitations for collection and may be overstated, but without further documentation cannot determine the validity of the claim. The attachment to the proof of claim indicates that the obligation originated on September 2, 2021 but shows no payments or transactions after that date.

9. The claim should be disallowed because the claim is beyond the statute of limitation for collections.

WHEREFORE, the Debtor hereby requests that this Honorable Court enter an order

1. Disallowing and dismissing the claim; and

2. Granting such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717.232.6650 Tel
717.232.0477 Fax
doriemott@aol.com

LOCAL BANKRUPTCY FORM 3007-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>AHMED HELMY SAAD ABD ELSAMAD\,<br>    Debtor | : <br> : <br> : <br> : <br> : | CHAPTER 13 <br><br> CASE NO. 1:25-bk-03019 |
| AHMED HELMY SAAD ABD ELSAMAD,<br>    Objector | : <br> : <br> : <br> : | OBJECTION TO CLAIM # 8 |
| SYNCHRONY BANK,<br>    Respondent/Claimant | : <br> : <br> : <br> : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO: SYNCHRONY BANK ("Claimant")**

<u>**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**</u>

**AHMED HELMY SAAD ABD ELSAMAD filed an objection to the proof of claim you filed in this bankruptcy case.**

**NOTICE:** <u>**Your claim may be reduced, modified, or eliminated**</u>**. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

If you do not want the court to enter an order affecting your claim, then on or before January 25, 2026, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

| | |
|---|---|
| ☐   274 Max Rosenn U.S. Courthouse<br>     197 South Main Street<br>     Wilkes-Barre, PA 18701 | ☑   Sylvia H. Rambo U.S. Courthouse<br>     1501 N. 6ᵗʰ Street, 3ʳᵈ floor<br>     Harrisburg, PA 17102 |

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

You must also send a copy of your request for hearing or response to:
Dorothy L. Mott, Esquire
PA License 94386
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

**If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting your claim. Attorney for Objector**

Date of Notice:   December 26, 2025

                /s/ Dorothy L. Mott
                Mott & Gendron Law
                PA ID:  43568
                125 State Street, Harrisburg PA 17101
                717. 232.6650 Tel
                717.232.0476 Fax
                doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| AHMED HELMY SAAD ABD ELSAMAD, | : | CASE NO. 1:25-bk-03019 |
|     Debtor | : | |
| | : | |
| AHMED HELMY SAAD ABD ELSAMAD, | : | |
|     Movant | : | |
| v. | : | |
| SYNCHRONY BANK, | : | OBJECTION TO CLAIM # 8 |
|     Respondent/Claimant | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>December 26, 2025</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036<br><br>TWecf@pamd13trustee.com | Electronically |
| SYNCHRONY BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

                                          /s/Dorothy L Mott

                                          _____
Dorothy L Mott, Esquire
Atty ID #43568
Dorothy L. Mott Law Office, LLC
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| AHMED HELMY SAAD ABD ELSAMAD, | : : | CASE NO. 1:25-bk-03019 |
|     Debtor | : : | |
| AHMED HELMY SAAD ABD ELSAMAD, | : : | |
|     Movant | : | |
| v. | : | |
| SYNCHRONY BANK, | : | OBJECTION TO CLAIM # 8 |
|     Respondent/Claimant | : | |

**O R D E R**

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtor, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed.